ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-092 |
| ) | |
| R.J. REYNOLDS TOBACCO CO., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims for fraud and conspiracy to commit fraud.

SO ORDERED this 13th day of August, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE