IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 313-092 |
| | ) |
| R.J. REYNOLDS TOBACCO CO., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, an inmate at Johnson State Prison in Wrightsville, Georgia, commenced the above-captioned case *pro se* on December 16, 2013, alleging injuries caused by inhaling secondhand cigarette smoke while imprisoned. (See generally doc. no. 1.) Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP"); because he is proceeding IFP, he is entitled to rely upon Court-designated officials to effect service of process. Fed. R. Civ. P. 4(c)(3).

On July 18, 2014, the Court directed the United States Marshal to serve Defendants with the complaint and summons for tort claims in negligence for failure to warn and design and manufacture of a defective product, and in strict liability for design defect. (Doc. no. 9, pp. 4.) The Court explained to Plaintiff that it was his responsibility to provide sufficient information for the Marshal to identify and locate Defendants to timely effect service within 120 days of the Court's July 18th Order. (Id. at 5 (citing Fed. R. Civ. P. 4(m)). The Court

also informed Plaintiff that any Defendant not timely served within this 120-day period may be dismissed. (Id.)

The Marshal attempted to effect service upon American Tobacco Co., but was unable to do so. The reasons for the service failure are self-evident from the return of service attached to this Order.[1]  (See Exhibit A; doc. no. 12.)

Accordingly, consistent with this Court's July 18th Order, Plaintiff must either provide correct contact information for this defendant, file an amended complaint to correct the name of this defendant with correct contact information, or file a voluntary dismissal of this defendant. Plaintiff is again warned that Defendant must be served within the 120-day service period or will be dismissed without prejudice.

SO ORDERED this 19th day of August, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The **CLERK** is **DIRECTED** to attach the return of service, (doc. no. 12), to Plaintiff's copy of this Order as Exhibit A.