IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 313-092 |
| | ) |
| R.J. REYNOLDS TOBACCO CO., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, an inmate at Johnson State Prison in Wrightsville, Georgia, commenced the above-captioned case *pro se*, alleging injuries caused by inhaling secondhand cigarette smoke while imprisoned. (See generally doc. no. 1.) Plaintiff is proceeding *in forma pauperis* ("IFP"); because he is proceeding IFP, he is entitled to rely upon Court-designated officials to effect service of process. Fed. R. Civ. P. 4(c)(3); 28 U.S.C § 1915(d).

On July 18, 2014, the Court directed the United States Marshal to serve the three named Defendants with the complaint and summons for tort claims in negligence for failure to warn and design and manufacture of a defective product, and in strict liability for design defect. (Doc. no. 9, p. 4.) The Court explained to Plaintiff that it was his responsibility to provide sufficient information for the Marshal to identify and locate Defendants to timely effect service within 120 days of the Court's July 18th Order. (Id. at 5 (citing Fed. R. Civ. P. 4(m)). The Court also informed Plaintiff that any Defendant not timely served within this 120-day period may be dismissed. (Id.)

Two Defendants, R.J. Reynolds Tobacco Co., and Phillip Morris, Inc., returned waivers of service (doc. nos. 13, 16), but the Marshal's attempt to effect service upon American Tobacco Co., was unsuccessful. (See doc. no. 12). On August 19, 2014, the Court again explained to Plaintiff he had the responsibility to provide sufficient information for the Marshal to effect service and informed him he should provide updated and/or corrected information concerning the unserved Defendant. (See doc. no. 15.) In response, Plaintiff has provided a new service address for American Tobacco Co. (Doc. no. 18.)

Therefore, the Marshal is **DIRECTED** to effect service on Defendant American Tobacco Co., in accordance with the instructions in the Court's July 18, 2014 Order at the new address provided by Plaintiff:

>American Tobacco Company
>6 Stamford Forum
>Stamford, Connecticut 06904

SO ORDERED this 3rd day of September, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA